**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 19-cv-62648-BLOOM/Valle**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KENNETH G. KRONOWITZ, | ) |
| Defendant. | ) |

## AMENDED EXHIBIT LIST TO STATEMENT OF MATERIAL FACTS

Per the Court's December 18, 2019 scheduling order concerning filing of motions for summary judgment, ECF 10, below is an index of cited exhibits and references to respective docket numbers of the exhibits. The United States respectfully submits an amended Exhibit List to include an exhibit attached to the Reply to Defendant's Statement of Material Facts: Exhibit GG.

- Exhibit A: Declaration of Conor P. Desmond as to depositions and other documents. (ECF No. 25-1)

- Exhibit B: Transcript of August 4, 2020 Deposition of Kenneth G. Kronowitz. (ECF No. 25-2)

- Exhibit C: IRS Interview of Kenneth Kronowitz, under oath. (ECF No. 25-3)

- Exhibit D: Kronowitz's Responses to First Requests for Admissions. (ECF No. 25-4)

- Exhibit E: Kronowitz's Responses to Second Requests for Admissions. (ECF No. 25-5)

- Exhibit F: Continuing Education records, Partial Set. (ECF No. 25-6)

- Exhibit G: Complaint objecting to discharge of debt, *Irwin Mogerman v. Kenneth G. Kronowitz*, Adv 06-01863-RBR, 05-262-12-BKC-RBR (S.D. Fla. Bk.). (ECF No. 25-7)

- Exhibit H: Answer and Affirmative Defenses, *Irwin Mogerman v. Kenneth G. Kronowitz*, Adv 06-01863-RBR, 05-262-12-BKC-RBR (S.D. Fla. Bk.). (ECF No. 25-8)

- Exhibit I: Agreed Order on Irwin Mogerman's Motion for Summary Judgment. (ECF No. 25-9)

- Exhibit J: Kronowitz's Answers to United States' First Set of Interrogatories. (ECF No. 25-10)

- Exhibit K: April 30, 2013 Letter from Kenneth Kronowitz. (ECF No. 25-11)

- Exhibit L: Irrevocable Trust Agreement for 1210 Trust Dated December 22, 2008. (ECF No. 25-12)

- Exhibit M: 2008-2010 1210 Trust Federal Income Tax Returns. (ECF No. 25-13)

- Exhibit N: April 5, 2016 letter. (ECF No. 25-14)

- Exhibit O: Management and Administration Agreement. (ECF No. 25-15)

- Exhibit P: Deed of Foundation. (ECF No. 25-16)

- Exhibit Q: UBS Verification of beneficial owner's identity. (ECF No. 25-17)

- Exhibit R: BKB account opening documents. (ECF No. 25-18)

- Exhibit S: December 2010 Emails to Consista from Kronowitz. (ECF No. 25-19)

- Exhibit T: April 3, 2016 Letter from Kronowitz. (ECF No. 25-20)

- Exhibit U: August 11, 2009 Transfer Instructions from Kronowitz. (ECF No. 25-21)

- Exhibit V: Kronowitz Individual Income Tax Returns 2007-2012. (ECF No. 25-22)

- Exhibit W: 2005-2010 Kronowitz FBARs. (ECF No. 25-23)

- Exhibit X: 2011, 2012, 2014 Kronowitz FBARs. (ECF No. 25-24)

- Exhibit Y: Blank FBAR Form. (ECF No. 25-25)

- Exhibit Z: FBAR Assessments. (ECF No. 25-26)

- Exhibit AA: Notice of Assessment, Demand for Payment. (ECF No. 25-27)

- Exhibit BB: FBAR Penalty Coordinator Declaration. (ECF No. 25-28)

- Exhibit CC: Authentication of Consents to Extend Statute of Limitations. (ECF No. 25-29)

- Exhibit DD: Schedule B - Interest and Ordinary Dividends (including instructions). (ECF No. 25-30)

- Exhibit EE: Case Summary: Failure to file Form TD F 90-22.1, Foreign Bank and Financial Accounts Report (FBAR). (ECF No. 25-31)

- Exhibit FF: Bank Statements. (ECF No. 25-32)

- Exhibit GG: Kronowitz's Response to United States' Second Set of Interrogatories (ECF No. 31-1)

- Exhibit HH: Declaration of Conor P. Desmond as to Exhibit GG (ECF No. 31-2)

Dated: November 6, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s Conor P. Desmond*
CONOR P. DESMOND
Fla Bar No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-616-1857 (v)
202-514-4963 (f)
Conor.P.Desmond@usdoj.gov

Of counsel:
Ariana Fajardo Orshan
United States Attorney
Southern District of Florida

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020 I filed the foregoing document via the CM/ECF system for the District Court of Southern Florida. Said system will provide service of the documents to all parties registered to receive service through the system.

*/s/ Conor P. Desmond*
Conor P. Desmond
Trial Attorney, Tax Division
U.S. Department of Justice