**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-62648-BLOOM/Valle**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KENNETH G. KRONOWITZ,

     Defendant.

_____/

**FINAL JUDGMENT**

    **THIS CAUSE** is before the Court following the entry of Findings of Fact and Conclusions of Law, ECF No. [49] ("Decision"). The issues having been duly tried to the Court, it is **ORDERED AND ADJUDGED** as follows, consistent with the Court's Decision:

1. Judgment is entered in favor of Plaintiff, the United States of America as to all claims in the Complaint, ECF No. [1]. Defendant Kenneth G. Kronowitz shall pay to the United States of America penalties of **$829,423.00**, including late payment penalties and interest, for willful violations of the FBAR reporting requirements for calendar years 2005, 2006, 2007, 2008, 2009, and 2010. *See* ECF No. [50].

2. The Court reserves jurisdiction to award attorneys' fees and costs.

3. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

4. The Clerk of Court is directed to mark this case **CLOSED**.

Case No. 19-cv-62648-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 15, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record